JOANNA S. KISHNER, ESQ.
State Bar No. 5037
joanna.kishner@dlapiper.com
DLA PIPER US LLP
3960 Howard Hughes Parkway
Suite 400
Las Vegas, Nevada 89169
(702) 677-3900

LUANNE SACKS, ESQ. *
California Bar No. 120811
luanne.sacks@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, California 94107
(415) 836-2500
* Will comply with LRIA 10-2 within 5 days

Attorneys for Defendant
STATION CASINOS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSH LUKEVICH, CATHY SCOTT, and JULIE ST. CYR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, INC., a Nevada Corporation, dba Red Rock Casino Resort and Spa; dba Palace Station Hotel & Casino, dba Boulder Station Hotel & Casino; dba Santa Fe Station Hotel & Casino; dba Wildfire Casino; dba Texas Station Gambling Hall & Hotel; dba Fiesta Rancho Casino Hotel; dba Sunset Station Hotel & Casino; dba Fiesta Henderson Casino Hotel; dba Magic Star Casino; and dba Gold Rush Casino,<br><br>Defendants. | Case No.: 2:08-cv-00141-LRH-LRL<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (First Request)** |

-1-

It is hereby requested by Defendants in this case, Station Casinos, Inc., (hereinafter referred to as "Defendant") through its counsel, that Defendant shall have until March 10, 2008, in which to file a Motion to Dismiss, answer, plead, otherwise respond to Plaintiffs' Complaint, with Defendant specifically reserving any jurisdictional defenses.

1. This is a class action alleged under CAFA and state law claims potentially involving several thousand individuals.

2. This is the first request for an extension of time for Defendant to answer, plead or otherwise respond to Plaintiffs' Complaint.

3. Plaintiffs filed a Complaint on February 4, 2008, and the Complaint was served on or about February 5, 2008.

4. Such an extension is necessary to give counsel time to confer with Defendant concerning the nature and extent of the allegations in the Complaint.

5. Counsel for Defendant spoke with Plaintiffs' counsel who is in agreement with the request for an extension until March 10, 2008, for Defendants to answer, plead or otherwise respond to Plaintiffs' Complaint.

6. This request is made in good faith and not for the purpose of delay.

Dated this 25 day February, 2008.

DLA PIPER US LLP

_____
Joanna S. Kishner, Esq.
3960 Howard Hughes Parkway
Suite 400
Las Vegas, Nevada 89169

Luanne Sacks, Esq.
153 Townsend Street
Suite 800
San Francisco, California 94107

Attorneys for Defendants
Station Casinos, Inc., et al.

MCINERNEY & JONES

_____
Charles A. Jones, Esq.
Kelly McInerney, Esq.
Suite 103
Reno, Nevada 89521

Matthew Righetti, Esq. (Admitted *Pro Hac Vice*)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street
Suite 1400
San Francisco, California 94104

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2008