UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSH LUKEVICH, CATHY SCOTT and JULIE ST. SYR, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*<br><br>vs.<br><br>STATION CASINOS, INC. a Nevada Corporation, dba Red Rock Casino Resort and Spa; dba Palace Station Hotel & Casino; dba Boulder Station Hotel & Casino; dba Santa Fe Station Hotel & Casino; dba Wildfire Casino; dba Wild Wild West Gambling Hall & Hotel; dba Texas Station Gambling Hall & Hotel; dba Fiesta Rancho Casino Hotel; dba Sunset Station Hotel & Casino; dba Fiesta Henderson Casino Hotel; dba Magic Star Casino, and dba Gold Rush Casino,<br><br>*Defendant* | Case No.   2:08-CV-00141-LRH-LRL<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND EXTENDING THE TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**This is the Parties' first request for an extension of time.** |

Pursuant to LR 7-1 and LR 6-2, Plaintiffs, by and through their counsel of record, and Defendants, by and through their counsel of record, hereby stipulate to extend the briefing schedule for Defendants' Motion for Judgment on the Pleadings as set forth below.

Defendants filed their Motion for Judgment on the Pleadings on Friday, October 31, 2008. Currently, Plaintiffs' Opposition to said motion is due November 14, 2008. Plaintiffs have requested an extension of time to file their Opposition and Defendants have agreed to the extension of time because Plaintiffs are currently responding to several other Motions in other matters which are due on or before November 14, 2008. As the Motion filed by Defendants is a dispositive motion, Plaintiffs require additional time to prepare their Opposition to said motion. This is the first request by Plaintiffs and/or Defendants for an extension of time relating to the pending Motion for Judgment on the Pleadings. Accordingly, Plaintiffs and Defendants hereby stipulate to the following extended briefing schedule for Defendants' Motion for Judgment on the Pleadings:

    a. Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings shall be filed no later than December 2, 2008; and

    b. Defendants' Reply in support of its Motion for Judgment on the Pleadings shall be filed no later than December 29, 2008.

Dated: November 5, 2008

McINERNEY & JONES

Charles A. Jones
Counsel for Plaintiff

Dated: November 5, 2008

DLA PIPER LLP (US)

Harriet Lipkin
Admitted Pro Hac Vice
Attorneys for Defendants

IT IS SO ORDERED this 10th day of November, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE