UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOSH LUKEVICH, et al., ) | |
| ) | 2:08-cv-00141-LRH-LRL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| STATION CASINOS, INC., a Nevada ) | |
| corporation, dba, Red Rock Casino Resort and ) | |
| Spa, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is the Stipulation and Proposed Order Regarding Briefing Related to Subject Matter Jurisdiction (#57[1]) and Plaintiffs' Notice of Errata Re: Request for Ruling Regarding Motion to Compel in Advance of Jurisdictional Briefing (#59). Counsel for Defendant contacted the court's chambers and advised of Defendant's pending opposition to the Request for Ruling Regarding Motion to Compel and inquired into response time.

GOOD CAUSE APPEARING, Defendant shall have until Wednesday, April 8, 2009, to file their opposition to a ruling upon Plaintiffs' Request for Ruling Regarding Motion to Compel in Advance of Jurisdictional Briefing (#59). Plaintiffs shall have until April 10, 2009, to reply and the court will rule accordingly.

As any ruling may have an effect upon the stipulation pertaining to briefing regarding subject matter jurisdiction, the court will not accept the proposed stipulation (#57) at this time

///

---

[1] Refers to court docket number.

unless counsel for both sides requests its acceptance by the court.  Otherwise, the court will order jurisdictional briefing at such time as it rules upon the request for ruling upon the pending Motion to Compel.

      IT IS SO ORDERED.

      DATED this 2nd day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE