1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JOSH LUKEVICH, CATHY SCOTT and JULIE ST. SYR, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*<br><br>vs.<br><br>STATION CASINOS, INC. a Nevada Corporation, dba Red Rock Casino Resort and Spa; dba Palace Station Hotel & Casino; dba Boulder Station Hotel & Casino; dba Santa Fe Station Hotel & Casino; dba Wildfire Casino; dba Wild Wild West Gambling Hall & Hotel; dba Texas Station Gambling Hall & Hotel; dba Fiesta Rancho Casino Hotel; dba Sunset Station Hotel & Casino; dba Fiesta Henderson Casino Hotel; dba Magic Star Casino, and dba Gold Rush Casino,<br><br>*Defendants* | Case No.   2:08-CV-00141-LRH-LRL<br><br>Judge: Hon. Larry R. Hicks<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR RULING REGARDING MOTION TO COMPEL**<br><br>This is the Parties' first request for an extension of time. |

1

Pursuant to LR 7-1 and LR 6-2, Plaintiffs, by and through their counsel of record, and Defendants, by and through their counsel of record, hereby stipulate to extend the time for Plaintiffs to file their Reply in Support of their Request for Ruling regarding Plaintiffs' Motion to Compel from April 10, 2009 to April 14, 2009.

Pursuant to this Court's Order of April 2, 2009, Plaintiffs' Reply in support of their Request for Ruling was to be filed on April 10, 2009. Pursuant to the April 2, 2009 Order, Defendants timely filed their Opposition on April 8, 2009. Plaintiffs are requesting an extension of time to file their Reply, and Defendants have agreed not to oppose Plaintiffs' request, because Plaintiffs' counsel are currently in the process of preparing for trial in another matter currently pending in the United States District Court for the Eastern District of California. In that case, trial exhibits are required to be marked and exchanged on April 9, 2009 and Motions In Limine are due on April 10, 2009. As Plaintiffs' counsel did not receive Defendants' Opposition until the afternoon of April 8, 2009, and the Opposition is lengthy with declarations and exhibits totalling over 350 pages, Plaintiffs require additional time to prepare and file their Reply. This is the first request by Plaintiffs and/or Defendants for an extension of time relating to the pending Request For Ruling. Accordingly, Plaintiffs and Defendants hereby stipulate to extend the time for Plaintiffs to file their Reply from April 10, 2009 to April 14, 2009.

Dated: April 9, 2009

**McINERNEY & JONES**
/s/ Charles Jones
Charles A. Jones
*Counsel for Plaintiffs*

Dated: April 9, 2009

**DLA PIPER LLP (US)**
/s/ Luanne Sacks
Luanne Sacks
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: April 10, 2009

UNITED STATES DISTRICT JUDGE