1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSH LUKEVICH, CATHY SCOTT, AND JULIE ST. CYR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Station Casinos, Inc., a Nevada corporation, dba, Red Rock Casino Resort and Spa; dba Palace Station Hotel & Casino; dba Boulder Station Hotel & Casino; dba Santa Fe Station Hotel & Casino; dba Wildfire Casino; dba Wild | CASE NO. 2:08-CV-00141-LRH-(LRL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING RELATED TO SUBJECT MATTER JURISDICTION** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Wild West Gambling Hall & Hotel; dba Texas Station Gambling Hall & Hotel; dba Fiesta Rancho Casino Hotel; dba Sunset Station Hotel & Casino; dba Fiesta Henderson CasinoHotel; dba Magic Star Casino; and dba Gold Rush Casino,<br><br>            Defendant. |

6  Pursuant to the Court's instruction during the March 17, 2009 hearing regarding

7 Plaintiffs' motion to compel and Defendants' ("Station Casinos") motion for judgment on the

8 pleadings, the parties have met and conferred and have agreed on the following schedule for

9 briefing the factual and legal bases for the Court's jurisdiction over this matter pursuant to 28

10 U.S.C. section 1332 ("Section 1332"):

11    1.    On or before March 30, 2009, Station Casinos will provide Plaintiffs' counsel with

12 information regarding head count and Nevada residency of its current and former hourly

13 employees during the relevant class period.

14    2.    Plaintiffs will file briefing regarding the Court's jurisdiction over this matter,

15 pursuant to Section 1332, on or before April 20, 2009.

16    3.    Station Casinos will file briefing regarding the Court's jurisdiction over this

17 matter, pursuant to Section 1332, within two weeks after Plaintiffs file their briefing.

18    4.    Plaintiffs may file a reply brief within ten days after Station Casinos files its brief

19 regarding jurisdiction.

20 Respectfully submitted,

| | |
|---|---|
| March 30, 2009 | DLA PIPER LLP (US)<br><br>              /s/<br>Luanne Sacks (admitted pro hac vice)<br>153 Townsend Street, Suite 800<br>San Francisco, CA 94107<br><br>Counsel for Defendants |
| March 30, 2009 | McINERNEY & JONES<br><br>              /s/<br>Charles A. Jones<br>9460 Double R Blvd., Suite 103 |

1 | Reno, NV  89521
2 | Counsel for Plaintiffs

   I, Luanne Sacks, am the ECF user whose ID and password is being used to file this stipulation.  I hereby attest that Charles A. Jones has concurred with this filing.

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  April 15, 2009